**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **FREDERICK MARSHALL;** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL CASE NO.   1:18-cv-00522 |
| | § | |
| | § | |
| **TYRONE LINDSEY; AND** | § | |
| **QUICKSILVER TRANSPORT, LLC;** | § | |
| | § | |
| Defendant. | § | |

## REQUEST FOR ENTRY OF DEFAULT

Plaintiff, Frederick Marshall, requests that the Clerk of Court enter Default against Defendants, Tyrone Lindsey and QuickSilver Transport, LLC, pursuant to Federal Rule of Civil Procedure 55(a). In support of this request Plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated April 17, 2019

Respectfully submitted,

BY: /s/ *Shelly Greco*
**SHELLY GRECO**
State Bar No. 24008168
shelly.greco@ewlawyers.com
**AMY K. WITHERITE**
State Bar No. 00788698
amy.witherite@ewlawyers.com

**EBERSTEIN & WITHERITE, LLP**
10440 N. Central Expressway
Suite 400
Dallas, TX 75231-2228
214/378-6665
214/378-6670 (fax)

**ATTORNEYS FOR PLAINTIFF**

REQUEST FOR ENTRY OF DEFAULT – Solo Page