IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREDERICK MARSHALL; | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL CASE NO.   1:18-cv-00522 |
| | § | |
| | § | |
| TYRONE LINDSEY; AND | § | |
| QUICKSILVER TRANSPORT, LLC; | § | |
| | § | |
| Defendant. | § | |

### REQUEST FOR ENTRY OF DEFAULT JUDGMENT FOR SUM CERTAIN

Plaintiff, Frederick Marshall, requests that the Clerk of Court enter Judgment by Default against Defendants, Tyrone Lindsey and Quicksilver Transport, LLC, pursuant to Federal Rule of Civil Procedure 55(b)(1) and Local Rule of Civil Procedure 55. In support of this request Plaintiff relies upon the record in this case and the statement of amount due and affidavit submitted herein.

Respectfully submitted,

BY: /s/ *Shelly Greco*
**SHELLY GRECO**
State Bar No. 24008168
shelly.greco@ewlawyers.com
**AMY K. WITHERITE**
State Bar No. 00788698
amy.witherite@ewlawyers.com

**EBERSTEIN & WITHERITE, LLP**
10440 N. Central Expressway
Suite 400
Dallas, TX 75231-2228
214/378-6665
214/378-6670 (fax)

**ATTORNEYS FOR PLAINTIFF**