UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREDERICK MARSHALL, | § | No. 1:18–CV–522–DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| TYRONE LINDSEY; QUICKSILVER TRANSPORT, LLC; PENSKE LOGISTICS, LLC; QUICKSILVER LOGISTICS, LLC; BROCK TRANSPORT, LLC; STAR EXPRESS, LLC; ADAM BROCK; and SCOTT JONES; | § § § § § § § | |
| | § | |
| Defendants. | § | |

ORDER DISMISSING THE CASE WITHOUT PREJUDICE

Before the Court is the status of this case. On April 28, 2021, U.S. Magistrate Judge Austin granted Plaintiff's counsel's motion to withdraw, as Plaintiff is deceased, and no heir or estate had taken any steps to retain those attorneys, nor to prosecute the case upon their removal. (Dkt. # 67.) The next day, Magistrate Judge Austin issued an order requiring the parties to show cause why this case should not be dismissed for failure to prosecute no later than May 28, 2021. (Dkt. # 68.) Since then, nothing has been filed in this case.

1

"Rule 41(b) authorizes the district court to dismiss an action *sua sponte* for failure to prosecute or comply with a court order." Griggs v. S.G.E. Mgmt., L.L.C., 905 F.3d 835, 844 (5th Cir. 2018); see also Fed. R. Civ. P. 41(b).

Accordingly, Plaintiff's claims against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the case.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, June 9, 2021.

_____
David Alan Ezra
Senior United States District Judge